## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

MICHAEL T. COOPER, Jr.          :
                                :
    Plaintiff,              :
                                :
v.                              :      CASE NO. 4:10-CV-102 CDL-MSH
                                :      42 U.S.C. § 1983
ALEXANDER HADEN,                :
                                :
    Defendant.              :
_____

## **RECOMMENDATION OF DISMISSAL**

On September 11, 2010, Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) Plaintiff, however, failed to submit an *in forma pauperis* motion, an Affidavit, or a certified copy of his prison trust account, nor did Plaintiff pay the filing fee. Consequently, on September 17, 2010, the Court entered an Order instructing Plaintiff to pay the filing fee or file a proper motion to proceed IFP within fourteen days. Plaintiff was instructed that if he failed to comply with the Court's September 17 Order, his action would be dismissed. Petitioner has failed to comply with the Court's Order and, as of today, has failed to pay the $350 filing fee as required by 28 U.S.C. § 1914(a).

WHEREFORE it is recommended that Plaintiff's action be **DISMISSED** for failure to pay the filing fee and comply with the Court's September 17 Order. Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation.

**SO RECOMMENDED,** this 14th day of October, 2010.

                                                S/Stephen Hyles
                                                UNITED STATES MAGISTRATE JUDGE