IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

MICHAEL T. COOPER, JR.,            *

    Plaintiff            *

vs.                                *
                                       CASE NO. 4:10-CV-102 (CDL)
ALEXANDER HADEN, Warden,           *

    Defendant            *

## ORDER ON RECOMMENDATION OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on October 14, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 9th day of November, 2010.

                                                   S/Clay D. Land
                                                     CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE